Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−24681−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James Robert Molino Jr.
579 Beers Street
Hazlet, NJ 07730

Veronica Molino
aka Veronica Adamczyk
579 Beers Street
Hazlet, NJ 07730

Social Security No.:
xxx−xx−3237

xxx−xx−4358

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on February 26, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 89 – 88
Order Granting Application for Extension of Loss Mitigation (Related Doc # 88). Loss Mitigation Period Extended to: 5/24/19. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/26/2019. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 26, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
James Robert Molino, Jr.
Veronica Molino
    Debtors

Case No. 17-24681-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 26, 2019
    Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2019.
lm      +CARRINGTON MORTGAGE,    POB 79001,    PHOENIX, AZ 85062-9001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2019 at the address(es) listed below:
     Albert Russo    docs@russotrustee.com
     Charles G. Wohlrab    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A cwohlrab@logs.com, njbankruptcynotifications@logs.com
     Charles G. Wohlrab    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com
     Denise E. Carlon    on behalf of Creditor    Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
     William H. Oliver, Jr.    on behalf of Joint Debtor Veronica Molino bkwoliver@aol.com, R59915@notify.bestcase.com
     William H. Oliver, Jr.    on behalf of Debtor James Robert Molino, Jr. bkwoliver@aol.com, R59915@notify.bestcase.com
     TOTAL: 7