UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33 - Suite 112
Neptune, NJ  07753
732-988-1500
WO-7129
Attorney for Debtor

**Order Filed on August 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

James Robert and Veronica Molino

Case No.: 17-24681

Chapter: 13

Judge: CMG

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____May 24, 2019_____ :

Property:    579 Beers Street, Hazlet, NJ 07730

Creditor:    Carrington

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Attorney for Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____November 24, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:  
James Robert Molino, Jr.  
Veronica Molino  
    Debtors

Case No. 17-24681-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 19, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2019.  
db/jdb    +James Robert Molino, Jr.,    Veronica Molino,    579 Beers Street,    Hazlet, NJ 07730-1029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2019 at the address(es) listed below:  
           Albert    Russo    docs@russotrustee.com  
           Charles G. Wohlrab    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of  
            Stanwich Mortgage Loan Trust A cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com  
           Charles G. Wohlrab    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC cwohlrab@LOGS.com,  
            njbankruptcynotifications@logs.com  
           Denise E. Carlon    on behalf of Creditor    Elizon Master Participation Trust I, U.S. Bank Trust  
            National Association, as Owner Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
           William H. Oliver, Jr.    on behalf of Joint Debtor Veronica    Molino bkwoliver@aol.com,  
            R59915@notify.bestcase.com  
           William H. Oliver, Jr.    on behalf of Debtor James Robert Molino, Jr. bkwoliver@aol.com,  
            R59915@notify.bestcase.com  
                                                                                                                                                                                 TOTAL: 7