Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–24681–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James Robert Molino Jr.
579 Beers Street
Hazlet, NJ 07730

Veronica Molino
aka Veronica Adamczyk
579 Beers Street
Hazlet, NJ 07730

Social Security No.:
   xxx–xx–3237                                                    xxx–xx–4358

Employer's Tax I.D. No.:

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on February 21, 2020, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 108 – 107
Order Granting Application for Extension of Loss Mitigation (Related Doc # 107). Loss Mitigation Period Extended to: 5/24/2020. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/21/2020. (rms)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 21, 2020
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 17-24681-CMG
James Robert Molino, Jr.                                      Chapter 13
Veronica Molino
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Feb 21, 2020
                             Form ID: orderntc     Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
lm              +CARRINGTON MORTGAGE,   POB 79001,   PHOENIX, AZ 85062-9001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                     TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Charles G. Wohlrab   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee of
           Stanwich Mortgage Loan Trust A cwohlrab@LOGS.com,  njbankruptcynotifications@logs.com
          Charles G. Wohlrab   on behalf of Creditor   CARRINGTON MORTGAGE SERVICES, LLC cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon   on behalf of Creditor   Elizon Master Participation Trust I, U.S. Bank Trust
           National Association, as Owner Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Joint Debtor Veronica  Molino courtdocs@oliverandlegg.com,
           R59915@notify.bestcase.com
          William H. Oliver, Jr.   on behalf of Debtor James Robert Molino, Jr. courtdocs@oliverandlegg.com,
           R59915@notify.bestcase.com
                                                                          TOTAL: 7