UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William H. Oliver, Jr.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)

**Order Filed on February 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JAMES ROBERT MOLINO, JR.
VERONICA MOLINO

Case No.: _____ 17-24681 _____

Chapter: _____ 13 _____

Judge: _____ CMG _____

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 21, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>November 25, 2019</u>:

Property: <u>579 Beers Street, Hazlet, NJ 07730</u>

Creditor: <u>Carrington Mortgage Service</u>

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by <u>Attorney for Debtor</u>, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including <u>May 24, 2020</u>.

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-24681-CMG
James Robert Molino, Jr.                                        Chapter 13
Veronica Molino
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin            Page 1 of 1            Date Rcvd: Feb 21, 2020
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db/jdb         +James Robert Molino, Jr.,   Veronica Molino,   579 Beers Street,   Hazlet, NJ 07730-1029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Charles G. Wohlrab    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee of
          Stanwich Mortgage Loan Trust A cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
          Charles G. Wohlrab    on behalf of Creditor   CARRINGTON MORTGAGE SERVICES, LLC cwohlrab@LOGS.com,
          njbankruptcynotifications@logs.com
          Denise E. Carlon   on behalf of Creditor   Elizon Master Participation Trust I, U.S. Bank Trust
          National Association, as Owner Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Joint Debtor Veronica  Molino courtdocs@oliverandlegg.com,
          R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Debtor James Robert Molino, Jr. courtdocs@oliverandlegg.com,
          R59915@notify.bestcase.com
                                                                                      TOTAL: 7