Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  17−24681−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Robert Molino Jr.                       Veronica Molino
   579 Beers Street                                 aka Veronica Adamczyk
   Hazlet, NJ 07730                              579 Beers Street
                                                   Hazlet, NJ 07730

Social Security No.:
   xxx−xx−3237                                    xxx−xx−4358

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on June 3, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 118 − 116
Order Granting Application for Extension of Loss Mitigation (Related Doc # 116). Loss Mitigation Period Extended to: 8/24/20. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/3/2020. (dmi)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 3, 2020
JAN: dmi

                                                                Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
James Robert Molino, Jr.  
Veronica Molino  
    Debtors

Case No. 17-24681-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 03, 2020  
                Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.  
lm      +CARRINGTON MORTGAGE,   POB 79001,   PHOENIX, AZ 85062-9001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2020 at the address(es) listed below:

     Albert Russo    docs@russotrustee.com  
     Denise E. Carlon    on behalf of Creditor    Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Elizabeth L. Wassall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A ewassall@logs.com, njbankruptcynotifications@logs.com  
     Elizabeth L. Wassall    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC ewassall@logs.com, njbankruptcynotifications@logs.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
     William H. Oliver, Jr.    on behalf of Joint Debtor Veronica Molino courtdocs@oliverandlegg.com, R59915@notify.bestcase.com  
     William H. Oliver, Jr.    on behalf of Debtor James Robert Molino, Jr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com

                                          TOTAL: 7