| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>William H. Oliver, Jr.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s) | **Order Filed on June 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>JAMES ROBERT MOLINO, JR.<br>VERONICA MOLINO | Case No.: 17-24681<br>Chapter: 13<br>Judge: CMG |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 3, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  February 21, 2020    :

Property:     579 Beers Street, Hazlet, NJ 07730

Creditor:     Carrington Mortgage Service

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  Attorney for Debtor  , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by  _____ , and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  August 24, 2020 .

☐ The Loss Mitigation Period is terminated, effective  _____ .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:  
James Robert Molino, Jr.  
Veronica Molino  
    Debtors

Case No. 17-24681-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 03, 2020  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.  
db/jdb         +James Robert Molino, Jr.,    Veronica Molino,    579 Beers Street,    Hazlet, NJ 07730-1029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2020 at the address(es) listed below:
            Albert   Russo    docs@russotrustee.com
            Denise E. Carlon    on behalf of Creditor    Elizon Master Participation Trust I, U.S. Bank Trust
             National Association, as Owner Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Elizabeth L. Wassall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee
             of Stanwich Mortgage Loan Trust A ewassall@logs.com,   njbankruptcynotifications@logs.com
            Elizabeth L. Wassall    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC
             ewassall@logs.com,   njbankruptcynotifications@logs.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
            William H. Oliver, Jr.    on behalf of Joint Debtor Veronica  Molino courtdocs@oliverandlegg.com,
             R59915@notify.bestcase.com
            William H. Oliver, Jr.    on behalf of Debtor James Robert Molino, Jr. courtdocs@oliverandlegg.com,
             R59915@notify.bestcase.com
                                                                                                             TOTAL: 7