**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0  Valuation of Security    0  Assumption of Executory Contract or Unexpired Lease    0  Lien Avoidance

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    Case No.: 17-24681

James Robert Molino Jr. and Veronica Molino    Judge: CMG

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: 11/20/2020

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/WHO    Initial Debtor: /s/JM    Initial Co-Debtor: /s/VM

| Part 1: | Payment and Length of Plan |
|---|---|

a. The debtor shall pay $ _____500.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____December 1, 2020_____ for approximately _____7_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

    ☒    Future earnings

    ☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

    ☐  Sale of real property
    Description:
    Proposed date for completion: _____

    ☐  Refinance of real property:
    Description:
    Proposed date for completion: _____

    ☐  Loan modification with respect to mortgage encumbering property:
    Description:
    Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,160.00 |
| DOMESTIC SUPPORT OBLIGATION | | |
| IRS | Taxes | $4,544.31 |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☐ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Twp of Hazlet | Sewer 579 Beer St | $202.00 | 0% | $202.00 | $50.00 |
| Ebury Fund 1, LP | Tax Sale 579 Beers | $575.00 | | $575.00 | |
| Independant Invest | Tax Sale 579 Beers | $512.00 | | $512.00 | |
| Trade Money, LLC | Tax Sale 579 Beers | $667.00 | | $667.00 | |
| Virgo Municipal Fin | Tax Sale 579 Beers | $232.00 | | $232.00 | |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

c. **Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☐ **NONE**

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Union Bldg Trades FCU - 2nd mortgage | 579 Beers Street Hazlet, NJ  07730 | Unknown | $266,669.00 | $324,661.00 | $0 | 0% | $0 |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

SN Servicing Corp - 1st Mortgage on property 579 Beers Street Hazlet, NJ 07730 - regular monthly payment to be made outside the chapter 13 plan as per loan modification agreement.

**g. Secured Claims to be Paid in Full Through the Plan:** ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:  Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Chantel Molino | 0 | Auto Lease | assume | |

## Part 7: Motions ☐ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal*, **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Jersey Trades Federal Cr Un Atty Peter Liska | Real Estate | Judgmt Ln J-055538-2012 | $28,862.10 | $266,699.00 | $43,750.00 | $324,661.00 | Total amt of lien |
| Equable Ascent Fin LLC Atty Sklar Markind | Real Estate | Judgmt LnDJ-267864-2012 | $6,469.00 | $266,699.00 | $43,750.00 | $324,661.00 | Total amt of lien |
| Sears Roebuck & Co Atty Pressler & Pressler | Real Estate | Judgmt Ln DJ -461564-1997 | $4973.87 | $266,699.00 | $43,750.00 | $324,661.00 | Total amt of lien |
| First North American Nat Bank Atty Solomon and Solomon | Real Estate | Judgmt Ln DJ -300595-1998 | $3,912.00 | $266,699.00 | $43,750.00 | $324,661.00 | Total amt of lien |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Union Bldg Trades FCU - 2nd mortgage | 579 Beers Street Hazlet, NJ 07730 | Unknown | $266,669.00 | $324,661.00 | $0 | total amount of lien |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Other Administrative Claims - William H. Oliver
3) Secured Claim
4) Priority Claims; 5) General unsecured claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification  ☐ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: July 20, 2017.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtor have received final loan mod | part 1c: removing loan mod<br>part 4a: removing mtg as secured creditor<br>part 4f: adding mtg to be paid outside as per loan mod |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 11/20/2020 _____    /s/James Robert Molino Jr _____
                                             Debtor

Date: 11/20/2020 _____    /s/Veronica Molino _____
                                             Joint Debtor

Date: 11/20/2020 _____    /s/William H. Oliver, Jr. _____
                                             Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:  
James Robert Molino, Jr.  
Veronica Molino  
    Debtor(s)

Case No. 17-24681-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 02, 2020 | Form ID: pdf901 | Total Noticed: 61 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Robert Molino, Jr., Veronica Molino, 579 Beers Street, Hazlet, NJ 07730-1029 |
| 516953022 | + | A-1 Collections Service, 101 Grovers Mill Road, Lawrence Township, NJ 08648-4706 |
| 516953023 | + | ACS/JP Morgan Chase, PO Box 7013, Indianapolis, IN 46207-7013 |
| 516953024 | + | Allied Collection Services, 8550 Balboa Blvd, Suite 232, Northridge, CA 91325-5806 |
| 516983613 | + | Chantel Molino, 579 Beers St, Hazlet, NJ 07730-1029 |
| 516953032 | | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 516953033 | + | Cntl Jer Adj, 201 Central Avenue, Westfield, NJ 07090-2151 |
| 516953036 | + | Ctech Coll, 5505 Nesconset Hwy, Mount Sinai, NY 11766-2037 |
| 516953037 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 516953038 | + | Eastern Account System, Inc., Attn: Bankruptcy Dept., PO Box 837, Newtown, CT 06470-0837 |
| 516953039 | | Ebury Fund 1, LP, PO Box 37695, Baltimore, MD 21297-3695 |
| 517473067 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 517473074 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, PO Box 16408 St. Paul, MN 55116-0408 |
| 517993885 | + | Elizon Master Participation Trust I,, U.S. Bank Trust National Association,, as Owner Trustee, C/O SN Servicing Corporation, 323 5th Street Eureka, CA 95501-0305 |
| 516983611 | + | Equable Ascent Financial LLP, Att: Sklar Markind, 102 Browning Lane, Cherry Hill, NJ 08003-3195 |
| 516953040 | + | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 516983612 | + | First North American National Bank, Att: Solomon Soloman, 5 Columbia Circle #3, Albany, NY 12203-5180 |
| 516953042 | + | Hazlet Township, 1766 Union Avenue, PO Box 371, Hazlet, NJ 07730-0371 |
| 516953043 | + | IC System, Attn: Bankruptcy Dept., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 516983609 | + | Independent Investors, 24 Shwnee Court, Medford, NJ 08055-9708 |
| 516953050 | + | Peter J. Liska, LLC, 766 Shrewsbury Avenue, Eatontown, NJ 07724-3001 |
| 516953051 | #+ | Phelan Hallinan Diamond & Jones, P.C., 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517133980 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 516953054 | + | Sears/cbna, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 516953055 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 516983610 | + | Trade Money LLC, 29 Palisades Rd, Old Bridge, NJ 08857-3585 |
| 517153345 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 517167409 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 516953058 | + | Union Building Trades FCU, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 517030331 | + | Union Building Trades Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 516953059 | + | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 516953061 | + | Virgo Municipal Finance Fund, LP, PO Box 1227, Hoboken, NJ 07030-1227 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0312-3 | User: admin | | Page 2 of 4 |
|---|---|---|---|
| Date Rcvd: Dec 02, 2020 | Form ID: pdf901 | | Total Noticed: 61 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2020 00:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2020 00:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + Email/Text: BKBCNMAIL@carringtonms.com | Dec 02 2020 22:21:00 | CARRINGTON MORTGAGE, POB 79001, PHOENIX, AZ 85062-9001 |
| 516953025 | + Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Dec 03 2020 00:46:00 | Asset Acceptance, Attn: Bankruptcy Dept, PO Box 2036, Warren, MI 48090-2036 |
| 516953035 | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2020 00:45:00 | CP Medical, LLC, c/o Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516953026 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 03 2020 01:24:41 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516953027 | + Email/Text: BKBCNMAIL@carringtonms.com | Dec 02 2020 22:21:00 | Carrington Mortgage Service, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 516953028 | Email/Text: BKBCNMAIL@carringtonms.com | Dec 02 2020 22:21:00 | Carrington Mortgage Services, PO Box 79001, Phoenix, AZ 85062-9001 |
| 516953029 | + Email/Text: bankruptcy@cavps.com | Dec 03 2020 00:46:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 516953034 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 03 2020 00:45:00 | Comenity Bank/fashbug, Po Box 182272, Columbus, OH 43218-2272 |
| 516953041 | + Email/Text: bnc-bluestem@quantum3group.com | Dec 03 2020 00:46:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 516953044 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 02 2020 22:22:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516953030 | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 03 2020 01:24:37 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516953031 | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 03 2020 01:24:37 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 516953046 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2020 00:46:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 516953047 | + Email/Text: bankruptcy@sccompanies.com | Dec 03 2020 00:47:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516953048 | + Email/Text: Bankruptcies@nragroup.com | Dec 03 2020 00:47:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 516953049 | + Email/PDF: pa_dc_claims@navient.com | Dec 03 2020 01:20:16 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516953052 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2020 01:15:47 | Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 517128976 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2020 01:24:57 | Portfolio Recovery Associates, LLC, c/o Discover, POB 41067, Norfolk VA 23541 |
| 517127934 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2020 01:24:57 | Portfolio Recovery Associates, LLC, c/o Mandee, POB 41067, Norfolk VA 23541 |
| 517129264 | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2020 00:45:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517125679 | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2020 00:45:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516953053 | + Email/Text: bankruptcy@savit.com | Dec 03 2020 00:47:00 | Sa-Vit Collection Agency, 46 W. Ferris Street, East Brunswick, NJ 08816-2159 |
| 516953057 | + Email/Text: office@ubtfcu.org | | |

|         |   |                                                                    | Dec 03 2020 00:46:00 | Union Bldg Trades FCU, PO Box 6270, Parsippany, NJ 07054-7270 |
|---------|---|--------------------------------------------------------------------|----------------------|----------------------------|
| 516953056 | + | Email/Text: office@ubtfcu.org                                    | Dec 03 2020 00:46:00 | Union Bldg Trades Fcu, 205 Cherry Hill Rd, Parsippany, NJ 07054-1110 |
| 517070372 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM                        | Dec 03 2020 01:15:57 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516953060 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 02 2020 22:21:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 517152687 | + | Email/Text: BKBCNMAIL@carringtonms.com                           | Dec 02 2020 22:21:00 | Wilmington Savings Fund Society, FSB, C/O Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, California 92806-5948 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| 516953045 |              | Michael Harrison Esq |
| 517473073 | *            | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 517993886 | *+           | Elizon Master Participation Trust I,, U.S. Bank Trust National Association,, as Owner Trustee, C/O SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 517155788 | *            | U.S. Dept. of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 517017409 | ##+          | Navient Solutions, LLC. on behalf of, Massachusetts Higher Education Assistanc, d/b/a American Student Assistance, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust A |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 02, 2020 | Form ID: pdf901 | Total Noticed: 61 |

| | |
|---|---|
| | ewassall@logs.com, njbankruptcynotifications@logs.com |
| Elizabeth L. Wassall | |
| | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC ewassall@logs.com, njbankruptcynotifications@logs.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | |
| | on behalf of Debtor James Robert Molino  Jr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com |
| William H. Oliver, Jr. | |
| | on behalf of Joint Debtor Veronica Molino courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 8