UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Elizon Master Participation Trust, et al.

In Re:

James Molino, Jr. & Veronica Molino,

Debtors.

Case No.:        17-24681-RG

Chapter:              13

Hearing Date:    11/17/2021

Judge:            Gambardella

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 579 Beers Street, Hazlet, NJ (Docket # 141)

_____

Date: 11/10/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*