**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE:

**Case No.:**

**Hearing Date:**

Debtor(s)

**Judge:**

# CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
# COVID-19 CHAPTER 13 PLAN MODIFICATION

I[We], _____ am [are] the debtor [s] in the above-captioned Ch. 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket on _____.

1) The Chapter 13 plan was originally confirmed by order entered on _____.

2) I was current with plan payments through _____.

3) I was current with post-petition mortgage payments through _____ on property located at _____.

[If not applicable, skip] [if more than 1 property add additional lines]

   a) The mortgage payments referred to above are ☐ contractual payments ☐ adequate protection payments. [Check one]

   b) I am current with post-petition real estate taxes on the property located at _____.

      ☐ YES   ☐ NO

   c) I have current liability insurance on the property and can provide proof thereof.

      ☐ YES   ☐ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:

   a) I am current with post-petition real estate taxes on the property located at _____.

      ☐ YES   ☐ NO

   b) I have current liability insurance on the property and can provide proof thereof.

      ☐ YES   ☐ NO

5) I was current with post-petition auto payments through _____ on the following automobile(s). [If not applicable, skip]


6) The change in my household income previously reported on Schedule I is $ _____ . My current household income is $ _____ . I have attached a current paystub or proof of the change in income to this certification. [Redact any personally identifiable information before docketing.] My current total household expenses are now $ _____ .

7) As a result of COVID-19 I have suffered a material financial hardship which has impacted me in the following way:

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: _____     /s/James Molino
                         _____
                         Debtor Signature


Dated: _____     /s/Veronica Molino
                         _____
                         Debtor Signature