Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−24681−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James Robert Molino Jr.
579 Beers Street
Hazlet, NJ 07730

Veronica Molino
aka Veronica Adamczyk
579 Beers Street
Hazlet, NJ 07730

Social Security No.:
xxx−xx−3237

xxx−xx−4358

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 18, 2021.

On 11/10/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           December 15, 2021
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 12, 2021
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-24681-CMG
James Robert Molino, Jr.                                                                Chapter 13
Veronica Molino
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Nov 12, 2021      Form ID: 185      Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Robert Molino, Jr., Veronica Molino, 579 Beers Street, Hazlet, NJ 07730-1029 |
| 516953022 | + | A-1 Collections Service, 101 Grovers Mill Road, Lawrence Township, NJ 08648-4706 |
| 516953023 | + | ACS/JP Morgan Chase, PO Box 7013, Indianapolis, IN 46207-7013 |
| 516953024 | + | Allied Collection Services, 8550 Balboa Blvd, Suite 232, Northridge, CA 91325-5806 |
| 516983613 | + | Chantel Molino, 579 Beers St, Hazlet, NJ 07730-1029 |
| 516953033 | + | Cntl Jer Adj, 201 Central Avenue, Westfield, NJ 07090-2151 |
| 516953036 | + | Ctech Coll, 5505 Nesconset Hwy, Mount Sinai, NY 11766-2037 |
| 516953038 | + | Eastern Account System, Inc., Attn: Bankruptcy Dept., PO Box 837, Newtown, CT 06470-0837 |
| 516953039 | | Ebury Fund 1, LP, PO Box 37695, Baltimore, MD 21297-3695 |
| 517473067 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 517473074 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, PO Box 16408 St. Paul, MN 55116-0408 |
| 517993885 | + | Elizon Master Participation Trust I,, U.S. Bank Trust National Association,, as Owner Trustee, C/O SN Servicing Corporation, 323 5th Street Eureka, CA 95501-0305 |
| 516983611 | + | Equable Ascent Financial LLP, Att: Sklar Markind, 102 Browning Lane, Cherry Hill, NJ 08003-3195 |
| 516953040 | + | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 516983612 | + | First North American National Bank, Att: Solomon Soloman, 5 Columbia Circle #3, Albany, NY 12203-5180 |
| 516953042 | + | Hazlet Township, 1766 Union Avenue, PO Box 371, Hazlet, NJ 07730-0371 |
| 516953043 | + | IC System, Attn: Bankruptcy Dept., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 516983609 | + | Independent Investors, 24 Shwnee Court, Medford, NJ 08055-9708 |
| 519356111 | | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 516953050 | + | Peter J. Liska, LLC, 766 Shrewsbury Avenue, Eatontown, NJ 07724-3001 |
| 516953051 | + | Phelan Hallinan Diamond & Jones, P.C., 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 516953055 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 517133980 | | State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 516983610 | + | Trade Money LLC, 29 Palisades Rd, Old Bridge, NJ 08857-3585 |
| 517153345 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 517167409 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 516953058 | + | Union Building Trades FCU, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 517030331 | + | Union Building Trades Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 516953059 | + | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 516953061 | + | Virgo Municipal Finance Fund, LP, PO Box 1227, Hoboken, NJ 07030-1227 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 12 2021 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 12 2021 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| lm | + Email/Text: BKBCNMAIL@carringtonms.com | Nov 12 2021 22:03:00 | CARRINGTON MORTGAGE, POB 79001, PHOENIX, AZ 85062-9001 |
| 516953025 | + Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Nov 12 2021 22:04:00 | Asset Acceptance, Attn: Bankruptcy Dept, PO Box 2036, Warren, MI 48090-2036 |
| 516953035 | Email/Text: bnc-quantum@quantum3group.com | Nov 12 2021 22:04:00 | CP Medical, LLC, c/o Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516953026 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 12 2021 22:05:54 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516953027 | + Email/Text: BKBCNMAIL@carringtonms.com | Nov 12 2021 22:03:00 | Carrington Mortgage Service, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 516953028 | Email/Text: BKBCNMAIL@carringtonms.com | Nov 12 2021 22:03:00 | Carrington Mortgage Services, PO Box 79001, Phoenix, AZ 85062-9001 |
| 516953029 | + Email/Text: bankruptcy@cavps.com | Nov 12 2021 22:04:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 516953032 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2021 22:05:50 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 516953034 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 12 2021 22:04:00 | Comenity Bank/fashbug, Po Box 182272, Columbus, OH 43218-2272 |
| 516953037 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2021 22:06:01 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 516953041 | + Email/Text: bnc-bluestem@quantum3group.com | Nov 12 2021 22:04:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 516953044 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 12 2021 22:04:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516953030 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 12 2021 22:05:54 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516953031 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 12 2021 22:05:44 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 516953046 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 12 2021 22:04:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 516953047 | + Email/Text: bankruptcy@sccompanies.com | Nov 12 2021 22:04:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516953048 | + Email/Text: Bankruptcies@nragroup.com | Nov 12 2021 22:04:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 516953049 | + Email/PDF: pa_dc_claims@navient.com | Nov 12 2021 22:05:47 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516953052 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 12 2021 22:05:47 | Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 517128976 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 12 2021 22:06:09 | Portfolio Recovery Associates, LLC, c/o Discover, POB 41067, Norfolk VA 23541 |
| 517127934 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 12 2021 22:05:48 | Portfolio Recovery Associates, LLC, c/o Mandee, POB 41067, Norfolk VA 23541 |
| 517129264 | Email/Text: bnc-quantum@quantum3group.com | Nov 12 2021 22:04:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517125679 | Email/Text: bnc-quantum@quantum3group.com | Nov 12 2021 22:04:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516953053 | + Email/Text: bankruptcy@savit.com | Nov 12 2021 22:04:00 | Sa-Vit Collection Agency, 46 W. Ferris Street, East Brunswick, NJ 08816-2159 |
| 516953054 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2021 22:05:50 | Sears/cbna, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 516953057 | + Email/Text: office@ubtfcu.org | | |

Case 17-24681-CMG    Doc 155    Filed 11/14/21    Entered 11/15/21 00:16:10    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 12, 2021 | Form ID: 185 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 12 2021 22:04:00 | Union Bldg Trades FCU, PO Box 6270, Parsippany, NJ 07054-7270 |
| 516953056 | + | Email/Text: office@ubtfcu.org | | |
| | | | Nov 12 2021 22:04:00 | Union Bldg Trades Fcu, 205 Cherry Hill Rd, Parsippany, NJ 07054-1110 |
| 517070372 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Nov 12 2021 22:06:08 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516953060 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Nov 12 2021 22:03:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 517152687 | + | Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | | Nov 12 2021 22:03:00 | Wilmington Savings Fund Society, FSB, C/O Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, California 92806-5948 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516953045 | | Michael Harrison Esq |
| 517473073 | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 517993886 | *+ | Elizon Master Participation Trust I,, U.S. Bank Trust National Association,, as Owner Trustee, C/O SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 517155788 | * | U.S. Dept. of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 517017409 | ##+ | Navient Solutions, LLC. on behalf of, Massachusetts Higher Education Assistanc, d/b/a American Student Assistance, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2021             Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust A |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 12, 2021 | Form ID: 185 | Total Noticed: 62 |

    ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall

    on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.

    on behalf of Debtor James Robert Molino  Jr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com

William H. Oliver, Jr.

    on behalf of Joint Debtor Veronica Molino courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

TOTAL: 8