UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee

**Order Filed on November 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    James Robert Molino Jr., Veronica Molino

Debtors.

Case No.: 17-24681 CMG

Adv. No.:

Hearing Date: 11/3/2021 @ 9:00 a.m.

Judge: Christine M. Gravelle

# ORDER RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 17, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtors: James Robert Molino Jr., Veronica Molino
Case No: 17-24681 CMG
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 579 Beers Street, Hazlet, NJ 07730, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and William H. Oliver, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of November 5, 2021, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due September 2021 through November 2021 for a total post-petition default of $6,837.63 (3 @ $2,279.21); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $6,837.63 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the debtors will file a modified plan within twenty days of the entry of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume December 1, 2021, directly to Secured Creditor SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $188.00 for filing fees, totaling $538.00, which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.