| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>William H. Oliver, Jr., Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | **Order Filed on January 19, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>James R. Molino, Jr.<br>Veronica Molino,<br>　　　　　　　Debtors | Case No.:  17-24681<br><br>Hearing Date:  January 19, 2022 @ 9am<br><br>Chapter: 13<br><br>Judge:  CMG |

**ORDER GRANTING MOTION ALLOWING LATE FILED
PROOF OF CLAIM #25 FILED ON BEHALF OF NJ
AMERICAN WATER TO BE PAID BY THE TRUSTEE**

　　　The relief set forth on the following pages, numbered two (2) through __2___ is hereby **ORDERED.**

**DATED: January 19, 2022**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:    James and Veronica Molino
Case No.    17-24681 CMG
Caption of Order: REVISED ORDER GRANTING MOTION ALLOWING LATE FILED PROOF OF CLAIM #25 FILED ON BEHALF OF NJ AMERICAN WATER TO BE PAID BY THE TRUSTEE
Page 2

The Court having received the Movant's **Motion allowing late filed Proof of Claim #25 filed on behalf of NJ American Water** and any related responses or objections, it is hereby

O R D E R E D that:

1. The Trustee having determined that the late filed post-petition proof of claim #25 filed on behalf of **NJ American Water** filed on **December 9, 2021** is post-petition debt; and

2. The trustee is hereby authorized to pay the late filed claim #25 filed on behalf of **NJ American Water** in the total amount of **$1,174.92** as a **administrative claim** through the Chapter 13 Plan.

3. That a copy of this Order shall be served upon all interested parties within __5__ days of the date hereof.