|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>William H. Oliver, Jr., Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | Order Filed on January 19, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>James R. Molino, Jr.<br>Veronica Molino,<br>                            Debtors | Case No.:  17-24681<br><br>Hearing Date:  January 19, 2022 @ 9am<br><br>Chapter: 13<br><br>Judge:  CMG |

## ORDER GRANTING MOTION ALLOWING LATE FILED PROOF OF CLAIM #25 FILED ON BEHALF OF NJ AMERICAN WATER TO BE PAID BY THE TRUSTEE

    The relief set forth on the following pages, numbered two (2) through __2___ is hereby **ORDERED.**

**DATED: January 19, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:     James and Veronica Molino
Case No.    17-24681 CMG
Caption of Order: REVISED ORDER GRANTING MOTION ALLOWING LATE FILED PROOF OF CLAIM #25 FILED ON BEHALF OF NJ AMERICAN WATER TO BE PAID BY THE TRUSTEE
Page 2

The Court having received the Movant's **Motion allowing late filed Proof of Claim #25 filed on behalf of NJ American Water** and any related responses or objections, it is hereby

O R D E R E D that:

1. The Trustee having determined that the late filed post-petition proof of claim #25 filed on behalf of **NJ American Water** filed on **December 9, 2021** is post-petition debt; and

2. The trustee is hereby authorized to pay the late filed claim #25 filed on behalf of **NJ American Water** in the total amount of **$1,174.92** as a **administrative claim** through the Chapter 13 Plan.

3. That a copy of this Order shall be served upon all interested parties within __5__ days of the date hereof.

United States Bankruptcy Court

District of New Jersey

In re:                                              Case No. 17-24681-CMG
James Robert Molino, Jr.                            Chapter 13
Veronica Molino
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                User: admin                                 Page 1 of 2
Date Rcvd: Jan 19, 2022             Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Robert Molino, Jr., Veronica Molino, 579 Beers Street, Hazlet, NJ 07730-1029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2022              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |
| Denise E. Carlon | |
| | on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust A ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | |
| | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC ewassall@logs.com, |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 19, 2022 | Form ID: pdf903 | Total Noticed: 1 |

njbankruptcynotifications@logs.com;logsecf@logs.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.

on behalf of Debtor James Robert Molino Jr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com

William H. Oliver, Jr.

on behalf of Joint Debtor Veronica Molino courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

TOTAL: 8