Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–24681–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James Robert Molino Jr.
579 Beers Street
Hazlet, NJ 07730

Veronica Molino
aka Veronica Adamczyk
579 Beers Street
Hazlet, NJ 07730

Social Security No.:
xxx–xx–3237

xxx–xx–4358

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     9/20/23
Time:     12:00 PM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Robert Cameron Legg, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,200.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☐  will not reduce the amount to be paid to general unsecured
   creditors under the plan.

☑  will reduce the amount to be paid to general unsecured
   creditors under the plan as follows: in the amount of the award of attorney fees as determined by the Court.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 28, 2023
JAN: rms

                                                    Jeanne Naughton
                                                    Clerk