Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−24681−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   James Robert Molino Jr.              Veronica Molino
   579 Beers Street                        aka Veronica Adamczyk
   Hazlet, NJ 07730                     579 Beers Street
                                         Hazlet, NJ 07730

Social Security No.:
   xxx−xx−3237                           xxx−xx−4358

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     9/20/23
Time:    12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Robert Cameron Legg, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,200.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

     ☐     will not reduce the amount to be paid to general unsecured
              creditors under the plan.

     ☑     will reduce the amount to be paid to general unsecured
              creditors under the plan as follows: in the amount of the award of attorney fees as determined by the Court.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 28, 2023
JAN: rms

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 17-24681-CMG
James Robert Molino, Jr.     Chapter 13
Veronica Molino
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Aug 28, 2023     Form ID: 137     Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Robert Molino, Jr., Veronica Molino, 579 Beers Street, Hazlet, NJ 07730-1029 |
| 516953022 | + | A-1 Collections Service, 101 Grovers Mill Road, Lawrence Township, NJ 08648-4706 |
| 516953023 | + | ACS/JP Morgan Chase, PO Box 7013, Indianapolis, IN 46207-7013 |
| 516983613 | + | Chantel Molino, 579 Beers St, Hazlet, NJ 07730-1029 |
| 516953033 | + | Cntl Jer Adj, 201 Central Avenue, Westfield, NJ 07090-2151 |
| 516953036 | + | Ctech Coll, 5505 Nesconset Hwy, Mount Sinai, NY 11766-2037 |
| 516953039 | | Ebury Fund 1, LP, PO Box 37695, Baltimore, MD 21297-3695 |
| 517993885 | + | Elizon Master Participation Trust I,, U.S. Bank Trust National Association,, as Owner Trustee, C/O SN Servicing Corporation, 323 5th Street Eureka, CA 95501-0305 |
| 516983611 | + | Equable Ascent Financial LLP, Att: Sklar Markind, 102 Browning Lane, Cherry Hill, NJ 08003-3195 |
| 516953040 | + | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 516983612 | + | First North American National Bank, Att: Solomon Soloman, 5 Columbia Circle #3, Albany, NY 12203-5180 |
| 516953042 | + | Hazlet Township, 1766 Union Avenue, PO Box 371, Hazlet, NJ 07730-0371 |
| 516983609 | + | Independent Investors, 24 Shwnee Court, Medford, NJ 08055-9708 |
| 517017409 | + | Navient Solutions, LLC. on behalf of, Massachusetts Higher Education Assistanc, d/b/a American Student Assistance, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518 |
| 516953050 | + | Peter J. Liska, LLC, 766 Shrewsbury Avenue, Eatontown, NJ 07724-3001 |
| 516953051 | + | Phelan Hallinan Diamond & Jones, P.C., 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 516953055 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 517133980 | | State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 516983610 | + | Trade Money LLC, 29 Palisades Rd, Old Bridge, NJ 08857-3585 |
| 517153345 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 516953061 | + | Virgo Municipal Finance Fund, LP, PO Box 1227, Hoboken, NJ 07030-1227 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 28 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 28 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 28 2023 20:35:00 | CARRINGTON MORTGAGE, POB 79001, PHOENIX, AZ 85062-9001 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Aug 28 2023 20:35:00 | Union Building Trades Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill 08034-1925 |
| 516953025 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Aug 28 2023 20:35:00 | Asset Acceptance, Attn: Bankruptcy Dept, PO Box |

| Notice # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 2036, Warren, MI 48090-2036 |
| 516953035 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2023 20:35:00 | CP Medical, LLC, c/o Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516953026 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2023 20:37:32 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516953027 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 28 2023 20:35:00 | Carrington Mortgage Service, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 516953028 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 28 2023 20:35:00 | Carrington Mortgage Services, PO Box 79001, Phoenix, AZ 85062-9001 |
| 516953029 | + | Email/Text: bankruptcy@cavps.com | Aug 28 2023 20:35:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 516953032 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2023 20:37:21 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 516953034 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2023 20:35:00 | Comenity Bank/fashbug, Po Box 182272, Columbus, OH 43218-2272 |
| 516953037 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2023 20:37:11 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 516953038 | ^ | MEBN | Aug 28 2023 20:29:05 | Eastern Account System, Inc., Attn: Bankruptcy Dept., PO Box 837, Newtown, CT 06470-0837 |
| 517473067 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 28 2023 20:35:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 517473074 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 28 2023 20:35:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, PO Box 16408, St. Paul, MN 55116-0408 |
| 516953041 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 28 2023 20:36:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 516953043 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 28 2023 20:35:00 | IC System, Attn: Bankruptcy Dept., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 516953044 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2023 20:35:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516953030 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2023 20:37:31 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516953031 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2023 20:37:08 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 516953046 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 20:35:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 516953047 | + | Email/Text: bankruptcy@sccompanies.com | Aug 28 2023 20:36:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516953048 | + | Email/Text: Bankruptcies@nragroup.com | Aug 28 2023 20:36:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 516953049 | + | Email/PDF: pa_dc_claims@navient.com | Aug 28 2023 20:37:08 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519356111 | | Email/Text: csc.bankruptcy@amwater.com | Aug 28 2023 20:36:00 | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 516953052 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2023 20:37:19 | Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 517128976 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2023 20:37:05 | Portfolio Recovery Associates, LLC, c/o Discover, POB 41067, Norfolk VA 23541 |
| 517127934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2023 20:37:10 | Portfolio Recovery Associates, LLC, c/o Mandee, POB 41067, Norfolk VA 23541 |

Case 17-24681-CMG   Doc 185   Filed 08/30/23   Entered 08/31/23 00:14:19   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 28, 2023 | Form ID: 137 | Total Noticed: 63 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517129264 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2023 20:35:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517125679 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2023 20:35:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516953053 | + | Email/Text: bankruptcy@savit.com | Aug 28 2023 20:36:00 | Sa-Vit Collection Agency, 46 W. Ferris Street, East Brunswick, NJ 08816-2159 |
| 516953054 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2023 20:37:08 | Sears/cbna, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517167409 | | Email/Text: electronicbkydocs@nelnet.net | Aug 28 2023 20:35:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 519851003 | + | Email/Text: EBN@edfinancial.com | Aug 28 2023 20:35:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 516953057 | + | Email/Text: office@ubtfcu.org | Aug 28 2023 20:35:00 | Union Bldg Trades FCU, PO Box 6270, Parsippany, NJ 07054-7270 |
| 516953056 | + | Email/Text: office@ubtfcu.org | Aug 28 2023 20:35:00 | Union Bldg Trades Fcu, 205 Cherry Hill Rd, Parsippany, NJ 07054-1110 |
| 517030331 | + | Email/Text: rmcdowell@slgcollect.com | Aug 28 2023 20:35:00 | Union Building Trades Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 516953059 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 28 2023 20:35:00 | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 517070372 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2023 20:48:01 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516953060 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 28 2023 20:34:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 517152687 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 28 2023 20:35:00 | Wilmington Savings Fund Society, FSB, C/O Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, California 92806-5948 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516953045 | | Michael Harrison Esq |
| 517473073 | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 517993886 | *+ | Elizon Master Participation Trust I,, U.S. Bank Trust National Association,, as Owner Trustee, C/O SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 517155788 | * | U.S. Dept. of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 516953024 | ##+ | Allied Collection Services, 8550 Balboa Blvd, Suite 232, Northridge, CA 91325-5806 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 28, 2023 | Form ID: 137 | Total Noticed: 63 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2023 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Elizon Master Participation Trust I U.S. Bank Trust National Association, as Owner Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Stanwich Mortgage Loan Trust A ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Rebecca K. McDowell
on behalf of Creditor Union Building Trades Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com

Robert Cameron Legg
on behalf of Debtor James Robert Molino Jr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

Robert Cameron Legg
on behalf of Joint Debtor Veronica Molino courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9