| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorneys for Debtor<br>courtdocs@oliverandlegg.com | Order Filed on November 1, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>James R. Molino, Jr.<br>Veronica Molino<br><br>                              Debtors | Case No.: 17-24681<br><br>Chapter: 13<br><br>Hearing Date: September 20, 2023 @ 12pm<br><br>Judge: CMG |

## AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED.**

**DATED: November 1, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, and

**WHEREAS**, an Order was entered on this matter on September 21, 2023, approving fees in the amount of $1,200.00 payable through the Debtor's Chapter 13 Plan, and

**WHEREAS**, this Amended Order hereby modifies that order to reduce the amount that is payable through the Chapter 13 Plan; it is hereby

**ORDERED** that the $1,200.00 fee approved on September 21, 2023, payable through the Debtors' Chapter 13 Plan, is hereby REDUCED to $1,136.81; and further,

**ORDERED** that R. Cameron Legg and the Law Offices of Oliver & Legg, LLC, applicants, are allowed a fee of $1,136.81 for services rendered, payable through the Chapter 13 Plan as an administrative priority; and further,

The Debtor's monthly plan is to remain at the confirmed payment of $1,225.00 pursuant to the Court's January 21, 2022, Order Confirming Modified Chapter 13 Plan;

To the extent that the $1,136.81 administrative fee reduces any dividend to unsecured creditors as provided for in the January 21, 2022, Order Confirming Modified Chapter 13 Plan, the Order is hereby amended to provide for the $1,136.81 administrative fee and any remaining distribution shall be on a *pro rata* basis;

The Trustee shall update his records accordingly.