| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorneys for Debtor<br>courtdocs@oliverandlegg.com | Order Filed on November 1, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>James R. Molino, Jr.<br>Veronica Molino<br><br>                             Debtors | Case No.: 17-24681<br><br>Chapter: 13<br><br>Hearing Date: September 20, 2023 @ 12pm<br><br>Judge: CMG |

**AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED.**

**DATED: November 1, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, and

**WHEREAS**, an Order was entered on this matter on September 21, 2023, approving fees in the amount of $1,200.00 payable through the Debtor's Chapter 13 Plan, and

**WHEREAS**, this Amended Order hereby modifies that order to reduce the amount that is payable through the Chapter 13 Plan; it is hereby

**ORDERED** that the $1,200.00 fee approved on September 21, 2023, payable through the Debtors' Chapter 13 Plan, is hereby REDUCED to $1,136.81; and further,

**ORDERED** that R. Cameron Legg and the Law Offices of Oliver & Legg, LLC, applicants, are allowed a fee of $1,136.81 for services rendered, payable through the Chapter 13 Plan as an administrative priority; and further,

The Debtor's monthly plan is to remain at the confirmed payment of $1,225.00 pursuant to the Court's January 21, 2022, Order Confirming Modified Chapter 13 Plan;

To the extent that the $1,136.81 administrative fee reduces any dividend to unsecured creditors as provided for in the January 21, 2022, Order Confirming Modified Chapter 13 Plan, the Order is hereby amended to provide for the $1,136.81 administrative fee and any remaining distribution shall be on a *pro rata* basis;

The Trustee shall update his records accordingly.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                              Case No. 17-24681-CMG

James Robert Molino, Jr.                                                                                Chapter 13

Veronica Molino

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                 User: admin                 Page 1 of 2

Date Rcvd: Nov 01, 2023           Form ID: pdf903           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + James Robert Molino, Jr., Veronica Molino, 579 Beers Street, Hazlet, NJ 07730-1029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2023           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust A ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC ewassall@logs.com, |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 01, 2023 | Form ID: pdf903 | Total Noticed: 1

    njbankruptcynotifications@logs.com;logsecf@logs.com

Rebecca K. McDowell

    on behalf of Creditor Union Building Trades Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com

Robert Cameron Legg

    on behalf of Debtor James Robert Molino Jr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

Robert Cameron Legg

    on behalf of Joint Debtor Veronica Molino courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9