Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17–24681–CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Robert Molino Jr. | Veronica Molino |
| 579 Beers Street | aka Veronica Adamczyk |
| Hazlet, NJ 07730 | 579 Beers Street |
| | Hazlet, NJ 07730 |

Social Security No.:
  xxx–xx–3237                                   xxx–xx–4358

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 8, 2024</u>             <u>Christine M. Gravelle</u>
                                                Judge, United States Bankruptcy Court