| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | James Robert Molino Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3237<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Veronica Molino<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4358<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–24681–CMG | | |

## Order of Discharge                                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Robert Molino Jr.                                 Veronica Molino
                                                         aka Veronica Adamczyk

<u>2/8/24</u>                                            **By the court:** <u>Christine M. Gravelle</u>
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-24681-CMG |
| James Robert Molino, Jr. | Chapter 13 |
| Veronica Molino | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 08, 2024 | Form ID: 3180W | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Robert Molino, Jr., Veronica Molino, 579 Beers Street, Hazlet, NJ 07730-1029 |
| 516953022 | + | A-1 Collections Service, 101 Grovers Mill Road, Lawrence Township, NJ 08648-4706 |
| 516953023 | + | ACS/JP Morgan Chase, PO Box 7013, Indianapolis, IN 46207-7013 |
| 516983613 | + | Chantel Molino, 579 Beers St, Hazlet, NJ 07730-1029 |
| 516953033 | + | Cntl Jer Adj, 201 Central Avenue, Westfield, NJ 07090-2151 |
| 520138131 | | Consumer Solutions 3, LLC, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, 75381-4609 |
| 520138132 | + | Consumer Solutions 3, LLC, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, 75381-4609 Consumer Solutions 3, LLC 75381-4609 |
| 516953036 | + | Ctech Coll, 5505 Nesconset Hwy, Mount Sinai, NY 11766-2037 |
| 516953039 | | Ebury Fund 1, LP, PO Box 37695, Baltimore, MD 21297-3695 |
| 517993885 | + | Elizon Master Participation Trust I,, U.S. Bank Trust National Association,, as Owner Trustee, C/O SN Servicing Corporation, 323 5th Street Eureka, CA 95501-0305 |
| 516983611 | + | Equable Ascent Financial LLP, Att: Sklar Markind, 102 Browning Lane, Cherry Hill, NJ 08003-3195 |
| 516953040 | + | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 516983612 | + | First North American National Bank, Att: Solomon Soloman, 5 Columbia Circle #3, Albany, NY 12203-5180 |
| 516953042 | + | Hazlet Township, 1766 Union Avenue, PO Box 371, Hazlet, NJ 07730-0371 |
| 516983609 | + | Independent Investors, 24 Shwnee Court, Medford, NJ 08055-9708 |
| 517017409 | + | Navient Solutions, LLC. on behalf of, Massachusetts Higher Education Assistanc, d/b/a American Student Assistance, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518 |
| 516953050 | + | Peter J. Liska, LLC, 766 Shrewsbury Avenue, Eatontown, NJ 07724-3001 |
| 516953051 | + | Phelan Hallinan Diamond & Jones, P.C., 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 516953055 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 516983610 | + | Trade Money LLC, 29 Palisades Rd, Old Bridge, NJ 08857-3585 |
| 517153345 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 516953061 | + | Virgo Municipal Finance Fund, LP, PO Box 1227, Hoboken, NJ 07030-1227 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 08 2024 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 08 2024 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 08 2024 20:55:00 | CARRINGTON MORTGAGE, POB 79001, PHOENIX, AZ 85062 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Feb 08 2024 20:56:00 | Union Building Trades Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill 08034-1925 |

Case 17-24681-CMG   Doc 201   Filed 02/10/24   Entered 02/11/24 00:16:40   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2024 | Form ID: 3180W | Total Noticed: 65 |

| Recipient # | Flag | Method | Date/Time | Address |
|---|---|---|---|---|
| 516953025 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Feb 08 2024 20:57:00 | Asset Acceptance, Attn: Bankruptcy Dept, PO Box 2036, Warren, MI 48090-2036 |
| 516953027 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 08 2024 20:55:00 | Carrington Mortgage Service, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 516953028 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 08 2024 20:55:00 | Carrington Mortgage Services, PO Box 79001, Phoenix, AZ 85062-9001 |
| 517152687 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 08 2024 20:55:00 | Wilmington Savings Fund Society, FSB, C/O Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, California 92806 |
| 516953035 | | EDI: Q3G.COM | Feb 09 2024 01:37:00 | CP Medical, LLC, c/o Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516953026 | + | EDI: CAPITALONE.COM | Feb 09 2024 01:37:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516953029 | + | Email/Text: bankruptcy@cavps.com | Feb 08 2024 20:58:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 516953032 | | EDI: CITICORP | Feb 09 2024 01:37:00 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 516953034 | + | EDI: WFNNB.COM | Feb 09 2024 01:37:00 | Comenity Bank/fashbug, Po Box 182272, Columbus, OH 43218-2272 |
| 516953037 | | EDI: CITICORP | Feb 09 2024 01:37:00 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 516953038 | ^ | MEBN | Feb 08 2024 20:48:44 | Eastern Account System, Inc., Attn: Bankruptcy Dept., PO Box 837, Newtown, CT 06470-0837 |
| 517473067 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 08 2024 20:57:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 517473074 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 08 2024 20:57:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, PO Box 16408, St. Paul, MN 55116-0408 |
| 516953041 | + | EDI: BLUESTEM | Feb 09 2024 01:37:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 516953043 | + | EDI: LCIICSYSTEM | Feb 09 2024 01:37:00 | IC System, Attn: Bankruptcy Dept., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 516953044 | | EDI: IRS.COM | Feb 09 2024 01:37:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516953030 | | EDI: JPMORGANCHASE | Feb 09 2024 01:37:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516953031 | | EDI: JPMORGANCHASE | Feb 09 2024 01:37:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 516953046 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2024 20:58:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 516953047 | + | EDI: CBS7AVE | Feb 09 2024 01:37:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516953048 | + | Email/Text: Bankruptcies@nragroup.com | Feb 08 2024 20:58:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 516953049 | + | EDI: NAVIENTFKASMSERV.COM | Feb 09 2024 01:37:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519356111 | | Email/Text: csc.bankruptcy@amwater.com | Feb 08 2024 20:58:00 | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 516953052 | | EDI: PRA.COM | Feb 09 2024 01:37:00 | Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2024 | Form ID: 3180W | Total Noticed: 65 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517128976 | | EDI: PRA.COM | Feb 09 2024 01:37:00 | Portfolio Recovery Associates, LLC, c/o Discover, POB 41067, Norfolk VA 23541 |
| 517127934 | | EDI: PRA.COM | Feb 09 2024 01:37:00 | Portfolio Recovery Associates, LLC, c/o Mandee, POB 41067, Norfolk VA 23541 |
| 517129264 | | EDI: Q3G.COM | Feb 09 2024 01:37:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517125679 | | EDI: Q3G.COM | Feb 09 2024 01:37:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517133980 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 08 2024 20:56:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 516953053 | + | Email/Text: bankruptcy@savit.com | Feb 08 2024 20:58:00 | Sa-Vit Collection Agency, 46 W. Ferris Street, East Brunswick, NJ 08816-2159 |
| 516953054 | + | EDI: CITICORP | Feb 09 2024 01:37:00 | Sears/cbna, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517167409 | | Email/Text: electronicbkydocs@nelnet.net | Feb 08 2024 20:58:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 519851003 | + | Email/Text: EBN@edfinancial.com | Feb 08 2024 20:56:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 516953057 | + | Email/Text: office@ubtfcu.org | Feb 08 2024 20:57:00 | Union Bldg Trades FCU, PO Box 6270, Parsippany, NJ 07054-7270 |
| 516953056 | + | Email/Text: office@ubtfcu.org | Feb 08 2024 20:57:00 | Union Bldg Trades Fcu, 205 Cherry Hill Rd, Parsippany, NJ 07054-1110 |
| 517030331 | + | Email/Text: rmcdowell@slgcollect.com | Feb 08 2024 20:56:00 | Union Building Trades Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 516953059 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 08 2024 20:58:00 | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 517070372 | + | EDI: AIS.COM | Feb 09 2024 01:37:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516953060 | + | EDI: VERIZONCOMB.COM | Feb 09 2024 01:37:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 43

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516953045 | | Michael Harrison Esq |
| 517473073 | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 517993886 | *+ | Elizon Master Participation Trust I,, U.S. Bank Trust National Association,, as Owner Trustee, C/O SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 517155788 | * | U.S. Dept. of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 516953024 | ##+ | Allied Collection Services, 8550 Balboa Blvd, Suite 232, Northridge, CA 91325-5806 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2024 | Form ID: 3180W | Total Noticed: 65 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2024          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust A ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Rebecca K. McDowell | on behalf of Creditor Union Building Trades Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| Robert Cameron Legg | on behalf of Debtor James Robert Molino  Jr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Joint Debtor Veronica Molino courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9